IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN BREWER,                          No. C 11-3179 TEH (PR)

        Plaintiff,

        v.                             ORDER OF DISMISSAL

ALTA BATES SUMMIT MEDICAL CENTER, et al.,

        Defendants.
_____/

On June 27, 2011, Plaintiff, a state prisoner presently incarcerated at Mule Creek State Prison and frequent litigant in federal court, filed a civil cover sheet and one-page document with the Court. Doc. #1. The Court Clerk notified Plaintiff in writing at that time that his action was deficient because his complaint was incomplete (Doc. #2) and because he had neither paid the requisite $350.00 filing fee nor submitted a signed and completed court-approved in forma pauperis application (Doc. #3). See 28 U.S.C. § 1915(a)(2). Plaintiff was advised that failure to file the requested items within thirty (30) days would result in dismissal of

the action. Doc. ## 2 & 3.

Over forty (40) days have elapsed since Plaintiff was notified of his filing deficiencies; however, he has neither provided the Court with the requisite items nor filed a request for an extension of time to do so. The action, therefore, is DISMISSED without prejudice.

The Clerk is directed to terminate all pending motions as moot and close the file.

IT IS SO ORDERED.

DATED   *08/09/2011*                    _____
                                        THELTON E. HENDERSON
                                        United States District Judge

G:\PRO-SE\TEH\CR.10\Brewer-11-3179-no complaint-no ifp-dismissal.wpd

2